SEALED
ORDERED UNSEALED on 10/25/2023  s/ cynthialan
FILED
Feb 09 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ danielm    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>████████████<br>FERNANDO BLANCO (2),<br>████████████<br>MANUEL ROBLES III (5),<br>OSWALDO ISRAEL BERNAL-ANAYA (6),<br>████████████<br><br>    Defendants. | Case No. ___'23 CR0238 TWR___<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C.,<br>Secs. 841(a)(1), (b)(1)(A), and 846 – Conspiracy to Distribute Controlled Substances; Title 21, U.S.C., Secs. 841(a)(1), (b)(1)(A), and 846 – Conspiracy to Possess with Intent to Distribute Controlled Substances; Title 21, U.S.C., Sec. 841(a)(1) and (b)(1)(A) – Possession of Controlled Substances with Intent to Distribute; Title 21, U.S.C., Secs. 952 and 960 – Importation of Controlled Substances; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning no later than April 1, 2021, and continuing to and until April 8, 2021, within the Southern District of California and elsewhere, defendants ████████████ FERNANDO BLANCO, ████ ████████ did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the grand jury, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, to wit:

OR:nlv:San Diego:2/9/23

46.82 kilograms of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

### Count 2

Beginning no later than April 20, 2021, and continuing to and until April 28, 2021, within the Southern District of California, and elsewhere, defendants ███████████████ FERNANDO BLANCO, MANUEL ROBLES III OSWALDO ISRAEL BERNAL-ANAYA ███████ did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the grand jury, to possess with intent to distribute 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), to wit: 3.05 kilograms of fentanyl, a Schedule II Controlled Substance, and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, to wit: 45.05 kilograms of methamphetamine, a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

### Count 3

[REDACTED]

//

//

Count 4

On or about April 28, 2021, within the Southern District of California, defendants FERNANDO BLANCO and MANUEL ROBLES III, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, to wit: 23 kilograms of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 4 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. Upon conviction of one and more of the felony offenses alleged in Counts 1 through 4 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants ███████████████, FERNANDO BLANCO, ███████, MANUEL ROBLES III, OSWALDO ISRAEL BERNAL-ANAYA, ███████████ shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 4 of this Indictment.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

DATED: February 9, 2023.

RANDY S. GROSSMAN
United States Attorney

By: /s/ Owen Roth
OWEN ROTH
ASHLEY E. GOFF
Assistant U.S. Attorneys